**FILED**
August 2, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            )<br>        Plaintiff, )<br>v.            )<br>            )<br>JACQUELIN WADE, )<br>            )<br>        Defendant. ) | CASE NUMBER: 2:11-cr-00327 MCE<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Jacquelin Wade</u>; Case <u>2:11-cr-00327 MCE</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

      __    Release on Personal Recognizance

      __    Bail Posted in the Sum of _____

      __    Unsecured Appearance Bond in the amount of <u>$25,000.00</u>, co-signed by Tonnett Washington

      __    Appearance Bond with 10% Deposit

      __    Appearance Bond secured by Real Property

      __    Corporate Surety Bail Bond

      <u>X</u>    (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>8/2/2011</u> at <u>2:50 pm</u>.

By _____
Kendall J. Newman
United States Magistrate Judge