```
                                              ┌─────────────────────────────┐
                                              │          FILED              │
                                              │      August 2, 2011         │
                UNITED STATES DISTRICT COURT  │  CLERK, US DISTRICT COURT   │
                                              │   EASTERN DISTRICT OF       │
            FOR THE EASTERN DISTRICT OF CALIFORNIA│     CALIFORNIA          │
                                              │       DEPUTY CLERK          │
                                              └─────────────────────────────┘
```

UNITED STATES OF AMERICA,        )
                                 )    CASE NUMBER: 2:11-cr-00327 MCE
                    Plaintiff,   )
v.                               )        ORDER FOR RELEASE
                                 )        OF PERSON IN CUSTODY
JACQUELIN WADE,                  )
                                 )
                    Defendant.   )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Jacquelin Wade</u>; Case <u>2:11-cr-00327 MCE</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of _____

    __ Unsecured Appearance Bond in the amount of $25,000.00, co-signed by Tonnett Washington

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond secured by Real Property

    __ Corporate Surety Bail Bond

    _X_ (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>8/2/2011</u> at <u>2:50 pm</u>.

By _____
    Kendall J. Newman
    United States Magistrate Judge