1  DANIEL BRODERICK, Bar # 89424
   Federal Defender
2  LEXI NEGIN, Bar # 250376
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JACQUELIN WADE

FILED
SEP - 8 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 11-CR-327- MCE |
|---|---|
| Plaintiff, | ) |
|  | ) STIPULATION AND [~~PROPOSED ORDER~~] *AND* TO |
| v. | ) MODIFY CONDITIONS OF RELEASE |
|  | ) |
| JACQUELIN WADE, | ) |
|  | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, and LEXI NEGIN, Assistant Federal Defender, attorney for defendant, that the conditions of pretrial supervision be modified to remove Special Condition Number 15 requiring participating in the Better Choices Court program, and to remove Special Condition Number 16 requiring the home confinement program.

Ms. Wade is completely compliant with all conditions of release and is due to give birth. The Pretrial Services Officer agrees with this modification.

All other conditions of release shall remain in effect.

1 | September 8, 2011

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/S/LEXI NEGIN
LEXI NEGIN
Assistant Federal Defender
Attorney for Defendant
JACQUELIN WADE


BENJAMIN B. WAGNER
United States Attorney


/S/ KYLE REARDON
KYLE REARDON
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: 9/8/11

HONORABLE DALE A. DROZD
UNITED STATES DISTRICT COURT JUDGE

2