DANIEL BRODERICK, Bar # 89424
Federal Defender
LEXI NEGIN, Bar # 250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JACQUELIN WADE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 11-CR-327- MCE |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND TO MODIFY CONDITIONS OF RELEASE |
| JACQUELIN WADE, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, and LEXI NEGIN, Assistant Federal Defender, attorney for defendant, that the conditions of pretrial supervision be modified to remove Special Condition Number 7 requiring drug and alcohol testing.

Ms. Wade is completely compliant with all conditions of release and has a newborn baby. The Pretrial Services Officer agrees with this modification.

All other conditions of release shall remain in effect

October 6, 2011                                   Respectfully submitted,

                                                  DANIEL BRODERICK
                                                  Federal Defender

                                                   */S/LEXI NEGIN*
                                                  LEXI NEGIN
                                                  Assistant Federal Defender
                                                  Attorney for Defendant
                                                  JACQUELIN WADE

BENJAMIN B. WAGNER
United States Attorney

   /S/ KYLE REARDON
KYLE REARDON
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: October 7, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE